

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY A. FORD,
Also Known As "G Money,"

    Defendant.



Case: 4:21-cr-20133
Assigned To : Leitman, Matthew F.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 3/3/2021
Description: SEALED MATTER

FILED
MAR 03 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### DISTRIBUTION OF METHAMPHETAMINE
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about October 8, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

1

## COUNT TWO
## DISTRIBUTION OF ALPRAZOLAM
## (21 U.S.C. §§ 841(a)(1))

On or about October 8, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed a mixture or substance containing alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT THREE
## DISTRIBUTION OF METHAMPHETAMINE
## (21 U.S.C. §§ 841(a)(1))

On or about September 29, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT FOUR
## DISTRIBUTION OF METHAMPHETAMINE
## (21 U.S.C. §§ 841(a)(1))

On or about September 16, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed a mixture or

substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT FIVE
## DISTRIBUTION OF ALPRAZOLAM
## (21 U.S.C. §§ 841(a)(1))

On or about September 16, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed a mixture or substance containing alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT SIX
## DISTRIBUTION OF ALPRAZOLAM
## (21 U.S.C. §§ 841(a)(1))

On or about September 10, 2020, in the Eastern District of Michigan, GREGORY A. FORD knowingly and intentionally distributed a mixture or substance containing alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The allegations contained in Counts One, Two, Three, Four, Five and Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any offense charged in Count One, Two, Three, Four, Five or Six of this Indictment, GREGORY A. FORD shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation and or any property used or intended to be used, in any manner or part to commit or to facilitate the commission of, such offense.

**THIS IS A TRUE BILL.**

Dated: March 3, 2021                    s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney          s/JULES M. DePORRE
Chief, Branch Offices                     JULES M. DePORRE
                                          Assistant United States Attorney
                                          MI State Bar P-73999
                                          600 Church Street
                                          Flint, Michigan 48502-1280