PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Gregory A. Ford                                              Docket No. 21-20133

### Petition for Action on Conditions of Pretrial Release

COMES NOW Andrea E. Jarois, Pretrial Services Officer, presenting an official report on defendant Gregory A. Ford, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge David R. Grand, sitting in the court at Detroit, Michigan, on June 9, 2021, under the following conditions:

1. Report as directed to Pretrial Services.
2. Continue or actively seek employment. Provide verification to the supervising officer, as requested.
3. Travel restricted to the State of Michigan, unless given previous consent by Pretrial Services.
4. Not to possess a firearm, destructive device, or other dangerous weapon.
5. Not use or unlawfully possess a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner.
6. Submit to testing as directed by Pretrial Services.
7. Participate in substance abuse treatment as directed by Pretrial Services.

### Respectfully presenting petition for action of court and for cause as follows:

According to A Saginaw, Michigan, Police Department police report, Case No.: 2371702670, on May 13, 2023, officers were dispatched to an alleged domestic assault in progress at 1205 Essling. Upon arrival, officers spoke with the alleged victim, the defendant's significant other. She stated she was walking down the street towards the bus stop when the defendant chased after her, grabbed her by the hair and threw her to the ground, where they began to "tussle". The alleged victim admitted to grabbing the defendant's hair during the incident because he was holding her by her hair as well. She stated was uninjured, refused medical treatment, and further that she did not want to press charges against the defendant for the assault.

Police spoke with the defendant, was still on scene. He denied any physical assault occurring between him and the alleged victim. The defendant was placed into handcuffs and transported to the Saginaw County Jail, where he was lodged on charges of domestic assault. The defendant was noted as being compliant during his arrest.

On May 15, 2023, the defendant appeared for Arraignment in the 70th District Court in Saginaw on Case No.: 23-2049-SM, for one misdemeanor charge of Domestic Violence- 2nd Offense. Bond was set at $5,000 cash/surety or 10%. A next court date has yet to be set. The defendant was ordered to have no contact with the alleged victim.

Assistant United States Attorney, Ann Nee and defense counsel, David A. Koelzer, have been notified of the modification of the bond request as recommended by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on May 30, 2023, at 2:30 p.m. so that Mr. Ford can answer as to the above noted violation.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2023

Respectfully,

s/Andrea E. Jarois

Andrea E. Jarois

U.S. Pretrial Services Officer

Place: Flint, Michigan

Date: May 15, 2023

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Pretrial Conditions as Requested

[ X ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on May 30, 2023 at 2:30 p.m.

[ ]   The Issuance of a Warrant [check one of the below]
      [ ]   Defendant to appear before the Judge assigned to the case
      [ ]   Defendant to appear before the Duty Magistrate Judge

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

\

ORDER OF COURT

Considered and ordered this 24th day of May, 2023 and ordered filed and made a part of the records in the above case.

s/F. Kay Behm
F. Kay Behm
United States District Judge